UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON, | Case No. 1:21-cv-00196-SKO (PC) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF AS MOOT** |
| TUOLUMNE COUNTY, et al., | (Doc. 3) |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed a motion requesting that the Court order the Tuolumne County Jail to provide him a "legal runner," "legal phone calls," a "writing tablet," envelopes, pencils, and an eraser. (Doc. 3.) Plaintiff, however, is no longer incarcerated at the jail; he is now incarcerated at Substance Abuse Treatment Facility and State Prison, Corcoran. (Doc. 12.) Accordingly, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 12, 2021**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE