UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TUOLOMNE COUNTY, et al.,<br><br>  Defendants. | Case No. 1:21-cv-00196-KES-SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FILED JULY 25, 2025**<br><br>(Doc. 79) |

Plaintiff Christopher John Wilson, a state prisoner and previous county detainee, is proceeding pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs and failure to protect claims against Defendant Son and Eighth Amendment excessive force claim against Defendant Teague.

**I.   INTRODUCTION**

On July 10, 2025, the Court issued an order seeking clarification from Plaintiff concerning his pleading filed July 8, 2025. (Doc. 78.) Plaintiff was directed to advise the Court no later than July 31, 2025, whether he sought to dismiss Defendant Son from this action and to relinquish his Eighth Amendment claims against Son, or, alternatively, whether Plaintiff intended only to notify this Court that he did not intend to participate in the Texas bankruptcy proceedings involving Defendant Son's employer Wellpath CFMG, Inc. (*Id*. at 3.)

On July 25, 2025, Plaintiff filed a document titled "Motion: Not to Dismiss Dr. Son or Mr. Teague Not to Opt Out." (Doc. 79.) Plaintiff's motion indicates he "wants to continue with [his] Eighth Amendment claims against both Defendants" Son and Teague. (*Id.*)

## II.     CONCLUSION AND ORDER

Accordingly, this Court **HEREBY ORDERS** as follows:

1. Plaintiff's motion filed July 25, 2025 (Doc. 75) is **GRANTED**; and
2. This Court will issue findings and recommendations concerning Defendant Son's pending motion to dismiss (Doc. 46) in due course.[1]

IT IS SO ORDERED.

Dated:     **July 31, 2025**              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Teague filed an answer to the operative complaint on April 22, 2024. (Doc. 43.)